UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

In re:
Natalie C. Craddieth
**Debtor**

**Bankruptcy Case No.:** 25−10121
**Chapter** 13

# NOTICE OF DEFICIENCY

**To:** Steven Hunter

Your **Certificate of Service** is/are deficient for the following reason(s):

Failure to serve the entire matrix. See Local Rule 2014−1B.

---

Related document(s):

***114*** − Application for Compensation for Steven J. Hunter, Debtor's Attorney, Fee: $3960.00, Expenses: $0.00. Filed by Steven J. Hunter (Attachments: # 1 Certificate of Service) (Hunter, Steven). Related document(s) 105 Application for Compensation for Steven J. Hunter, Debtor's Attorney, Fee: $4,000.00, Expenses: $0.00. filed by Debtor Natalie C. Craddieth. Modified on 11/13/2026 to add link (Sylvester, Kenisha).

---

The corrected filing must be submitted within 2 business days. Otherwise, the court may issue an order to show cause as to why the document was not corrected, or may strike the pleading. You may contact the court for further procedural information.

New Orleans, Louisiana, November 13, 2026.

Kenisha Sylvester
U.S.B.C. Clerk's Office